UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR A WARRANT AUTHORIZING THE ) <br> INSTALLATION AND MONITORING OF A ) <br> TRACKING DEVICE IN OR ON A GRAY ) <br> 2001 NISSAN MAXIMA BEARING NEW ) <br> HAMPSHIRE REGISTRATION NUMBER ) <br> 2985413 AND VEHICLE IDENTIFICATION ) <br> NUMBER JN1CA31A01T103747 ) | No. 12-MJ- 77 |

## ORDER

Having granted the request for the issuance of a tracking order in the above-referenced matter and having considered the government's request to delay the notice required by Fed. R. Crim. P. 41(f)(2)(c), the Court finds that the United States has established reasonable cause for the requested delay pursuant to Fed. R. Crim. P. 41(f)(3) and 18 U.S.C. § 3103a(b).

The Motion to Delay Notice is granted and it is hereby ORDERED that the notice required by Fed. R. Crim. P. 41(f)(2)(C) shall be delayed for a period of 30 days after the end of the authorized period of tracking (including any extensions thereof).

This case shall remained sealed during the entirety of the delayed notice period.

Dated: October 5th, 2012.

_____
Landya B. McCafferty
United States Magistrate Judge